## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SABRINA SIMS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 12-625 (ESH) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 32], it is

hereby

**ORDERED** that defendant's motion for summary judgment [ECF No. 23] is

**GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant's motion for summary judgment is **GRANTED** as to

plaintiff's discrimination claim; it is further

**ORDERED** that defendant's motion for summary judgment is **DENIED** as to plaintiff's

retaliation and hostile work environment claims.

It is further **ORDERED** that plaintiff's motion for partial summary judgment [ECF No.

22] is **DENIED**.

It is further **ORDERED** that a status conference is set for February 28, 2014, at 9:30 a.m.

in Courtroom 23A.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE:  February 6, 2014